CITY OF PHILADELPHIA, Petitioner

v.

WORKERS' COMPENSATION APPEAL BOARD, (KOS), Respondent.

Supreme Court of Pennsylvania.

Oct. 22, 2003.

## ORDER

PER CURIAM.

**AND NOW,** this 22nd day of October, 2003, the Petition for Allowance of Appeal is **GRANTED,** and the order of the Commonwealth Court is **REVERSED,** pursuant to *City of Philadelphia v. WCAB (Szparagowski),* No. 46 EAP 2001, 2001 WL 34142406, and *Milici v. WCAB (City of Philadelphia),* 2 EAP 2002.